UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO: 08-20129-CR-GOLD

          Plaintiff,

VS.

JOSE FRANCISCO CARDONA,

          Defendant.

_____/

## ORDER AFTER PRETRIAL CONFERENCE

This matter came for hearing pursuant to this Court's order setting pretrial conference for March 24, 2008. At the pretrial conference, the defendant announced he received discovery last week and therefore he moved *ore tenus* for continuance of trial. Based on the matters presented and the argument of counsel, it is hereby

    **ORDERED AND ADJUDGED** as follow:

    1) The defendant's *ore tenus* request for continuance of trial is hereby **granted**.

    2) The calendar call presently set for April 2, 2008 at 1:30 p.m., is hereby continued to **Wednesday, April 23, 2008 at 1:30 p.m**.

    3) The trial date is hereby continued from April 14, 2008 at 9:00 a.m., to the two-week trial period commencing **Monday, April 28, 2008 at 9:00 a.m.**

    The Court finds that the ends of justice will be served by taking such action and outweighs the best interest of the public and defendants to a speedy trial. The Court bases its ruling on the factors set forth in Title 18, United States Code, Section 3161(h)(8)(B)(i) and (iv). The Court further finds the period of delay from **March 24, 2008 through May 9, 2008 excludable** in calculating the period within which trial must commence under the Speedy Trial Act.

    **DONE AND ORDERED** at Miami, Florida, this _____24th_____ day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

cc: counsel of record